**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

VINCENT HILL,

    Plaintiff,

v.                                                  Case No. 08-CV-11632-DT

LINCOLN PARK POLICE OFFICERS
JEFFREY MUELLER AND S. NOE, et al.,

    Defendants.
                                         /

**ORDER TERMINATING PRIOR ORDER AND EXTENDING DISCOVERY**

The court conducted a telephone conference, on the record, with counsel for Plaintiff and Defendants on November 19, 2008. Defendants' counsel informed the court that the outstanding discovery requests to Plaintiff, the subject of the court's November 17, 2008 "Order Granting Defendants' Motion to Compel," had been provided by Plaintiff prior to the court's issuance of the order. Further, Defendants' counsel notified the court that Defendant was satisfied with the discovery responses and would not be seeking any costs, as had been outlined in the court's order. (11/17/08 Order at 2.) The parties also sought a brief extension of time to complete formal discovery, which is currently scheduled to expire on November 24, 2008.

Accordingly, IT IS ORDERED that, by agreement of the parties on the record, the court's November 17, 2008 "Order Granting Defendant's Motion to Compel" [Dkt. # 12] have been SATISFIED IN FULL and, as such, the order is TERMINATED from the docket.

IT IS FURTHER ORDERED that the deadline for discovery is extended until December 15, 2008. All other dates contained in the court's July 23, 2008 scheduling order remain unchanged.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: November 21, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 21, 2008, by electronic and/or ordinary mail.

                                        S/Lisa G. Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522